No. 217. Broderick et al. v. Sabine Lumber Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Mr. U. M. Simon* for petitioners.   No appearance for respondent.